UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RODNEY ALLEN PICKETT, )<br>    Plaintiff, ) | Civil Action No. 7:15cv00386 |
| )<br>v. ) | |
| ) | By: Elizabeth K. Dillon |
| SWVRJA, *et al.*, ) | United States District Judge |
|     Defendants. ) | |

# FINAL ORDER

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Pickett's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and this action is STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

Entered: November 30, 2015.

*Elizabeth K. Dillon*
United States District Judge